IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRIAN J. PARSONS AKA PAUL GARZA MATHISON, <br><br> Petitioner, <br><br> v. <br><br> MARION FEATHER, Warden, FCI Sheridan, Federal Bureau of Prisons, RUSSELL E. BURGER, U.S. Marshal for the District of Oregon, <br><br> Respondents. | 3:13-CV-01905-JO <br><br> JUDGMENT |

JONES, District Judge:

Based on the record,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

DATED this 19th day of May, 2014.

Robert E. Jones
United States District Judge

-1-    JUDGMENT